NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re:  ENRIQUE V. GREENBERG, | No. 16-60085 |
| Debtor. | BAP No. 16-1350 |
| _____ | |
| ENRIQUE V. GREENBERG, | |
| Appellant, | |
| v. | |
| UNITED STATES TRUSTEE | |
| Appellee. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Lafferty and Kurtz, Bankruptcy Judges, Presiding

| | |
|---|---|
| In re:  ENRIQUE V. GREENBERG, | No. 16-60089 |
| Debtor. | BAP No. 16-1212 |
| _____ | |
| ENRIQUE V. GREENBERG, | |
| Appellant, | |
| v. | |
| U.S. BANK, NATIONAL ASSOCIATION; et al. | |

Appellees.

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Faris and Lafferty, Bankruptcy Judges, Presiding

| | |
|---|---|
| In re: ENRIQUE V. GREENBERG, | No. 17-60029 |
| Debtor. | BAP No. 16-1212 |
| ENRIQUE V. GREENBERG, | MEMORANDUM[*] |
| Appellant, | |
| v. | |
| U.S. BANK, NATIONAL ASSOCIATION; et al. | |
| Appellees. | |

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Kurtz, Brand, and Lafferty, Bankruptcy Judges, Presiding

Submitted August 15, 2018[**]

Before:    FARRIS, BYBEE, and N.R. SMITH, Circuit Judges.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Enrique V. Greenberg appeals pro se from the Bankruptcy Appellate Panel's ("BAP") interlocutory orders denying Greenberg's motions for a stay pending appeal and an order denying Greenberg's motion for reconsideration of the BAP's order dismissing his appeal as moot. We dismiss these appeals as moot.

After Greenberg filed the instant appeals, this court dismissed his appeal from a judgment of the BAP affirming the bankruptcy court's order dismissing Greenberg's chapter 11 bankruptcy case as filed in bad faith. *See Greenberg v. United States Trustee*, No. 17-60078 (9th Cir. Feb. 14, 2018). Accordingly, these appeals are rendered moot because this court is unable to grant the requested relief. *See Vegas Diamond Props., LLC v. FDIC*, 669 F.3d 933, 936 (9th Cir. 2012) ("An appeal is moot if no present controversy exists as to which an appellate court can grant effective relief.").

**DISMISSED.**